BEFORE THE SECOND DIVISION, MAY 2, 1957

No. 60716.—Globe Importing Co. v. United States, protest 297678–K (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ball cock assemblies, which are constituent and integral parts of toilet-box assemblies, the same in all material respects as those the subject of The Durst Mfg. Co., Inc. v. United States (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

No. 60717.—Camarge Trading Co. et al. v. United States, protests 279797–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of The Durst Mfg. Co., Inc. v. United States (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiffs was sustained.